**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Tamer Salah
Plaintiff,
v.
Synchrony Bank
Defendant.

Case No.: 1:17−cv−08479
Honorable Charles P. Kocoras

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 6, 2018:

MINUTE entry before the Honorable Charles P. Kocoras: The Court dismisses this case without prejudice pending arbitration, with leave to reinstate on or before 3/6/2019. Said dismissal will then become with prejudice without further order of the Court unless the complaint has been reinstated or the time to reinstate has been extended by the Court. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.